UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| JUDITH MURPHY WARREN | Case No.: 2:16-CV-00011-WOB-JGW |
| Plaintiff, | |
| v. | |
| KERRY ROCKFORD, INC. d.b.a. PILOT FREIGHT SERVICES and IDEAL HR SOLUTIONS, LLC | **VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Plaintiff hereby voluntarily dismisses her case with prejudice.

Respectfully submitted,

/s/ Brian P. Gillan
Brian P. Gillan (admitted pro hac vice)
Randolph H. Freking (KBA# 23509)
Trial Attorneys for Plaintiff
FREKING MYERS & REUL LLC
525 Vine Street, Sixth Floor
Cincinnati, OH 45202
Phone: (513) 721-1975/Fax: (513) 651-2570
*randy@fmr.law*
*bgillan@fmr.law*

**SO ORDERED:**

This _____ day of January, 2017.

_____
**WILLIAM O. BERTELSMAN**

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, email and/or facsimile to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/ Brian P. Gillan